THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SELIG LEVINE, Appellant.

*People* v. *Levine*, 149 App. Div. 915, affirmed.
(Argued January 23, 1913; decided February 11, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 23, 1912, which affirmed a judgment of the Court of General Sessions of the county of New York rendered upon a verdict convicting the defendant of the crime of burglary in the first degree.

*Alexander Rosenthal* for appellant.

*Charles S. Whitman, District Attorney (Robert S. Johnstone* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, HISCOCK, COLLIN and CUDDEBACK, JJ. Absent: WERNER, J. Not sitting: MILLER, J.